# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Vinaykumar Kantibhai Patel
Agency #A215-981-117

Plaintiff

And

Bhaviniben Vinaykumar Patel
Agency #A215-981-118

Plaintiff

And
Yash Vinaykumar Patel

Plaintiff

vs.

Pamela Bondi, as Attorney General of the United States, in her official capacity;
Kristi Noem, as Secretary of the Department of Homeland Security, in her official capacity;
Joseph B. Edlow, as Director of U.S. Citizenship and Immigration Services, in his official capacity;
Tony Bryson, District Director of U. S. Citizenship and Immigration Services for Pennsylvania, Delaware, and West Virginia, in his official capacity;
Carrie McCuin Selby, as Associate Director of the Vermont Service Center, in her official capacity;
Connie Nolan, Associate Director of the Service Center Operations Directorate, in her official capacity.

Defendants.

Case No.

Judge:

## PETITION FOR WRIT OF MANDAMUS

Plaintiffs Vinaykumar Kantibhai Patel, Bhaviniben Vinaykumar Patel and Yash Vinaykumar Patel by and through undersigned counsel, respectfully request that this court issue

an order pursuant to the Administrative Procedure Act ("APA) 5 U.S.C. 555(b), 706(1), 706(2)(A), 706(2)(C), and 706(2)(D) and the Mandamus and Venue Act ("Mandamus Act") 28 U.S.C. 1361, directing Defendants to adjudicate Plaintiffs' Form I-918 Application for U Nonimmigrant Status which Plaintiffs timely filed in 2020.

**JURISDICTION AND VENUE**

1. Jurisdiction for this action is found under 28 U.S.C. § 1331 wherein the courts have granted jurisdiction regarding any federal question. Jurisdiction is also found in the Mandamus Act at 28 U.S.C. Section 1361 and finally, under the Administrative Procedures Act, 5 U.S.C. Section 551.

2. Venue is proper under 28 U.S.C. Section 1391(e) because Defendants are acting in their official capacity as agents of the United States, and Vinaykumar Kantibhai Patel, Bhaviniben Vinaykumar Patel and Yash Vinaykumar Patel reside in Philadelphia, PA, which is located within the Eastern District of Pennsylvania.

**PARTIES**

3. Vinaykumar Kantibhai Patel (Alien Registration Number A215-981-117) is a citizen of India who resides at 2500 Knights Road, Apt. 120-03, Bensalem, Pennsylvania 19020. Since entering the United States in 2009, Mr. Patel has resided exclusively in the United States and is the main Applicant of the I-981 Petition for U Nonimmigrant Status.

4. Bhaviniben Vinaykumar Patel (Alien Registration Number A215-981-118) is a citizen of India who resides at 2500 Knights Road, Apt. 120-03, Bensalem, Pennsylvania 19020. Since entering the United States in 2009, Mrs. Patel has resided exclusively in the United States. Bhaviniben Vinaykumar Patel (Alien Registration Number A215-981-118) is the spouse of

Vinaykumar Kantibhai Patel (Alien Registration Number A215-981-117) and is a derivative of his I-981 Petition for U Nonimmigrant Status.

5. Yash Vinaykumar Patel is a citizen of India who resides at 2500 Knights Road, Apt. 120-03, Bensalem, Pennsylvania 19020. Since entering the United States in 2009, Mr. Patel has resided exclusively in the United States. Yash Vinaykumar Patel is the son of Vinaykumar Kantibhai Patel (Alien Registration Number A215-981-117) and is a derivative of his I-981 Petition for U Nonimmigrant Status.

6. Pamela Bondi is being sued in her official capacity as United States Attorney General and, in this capacity, she is charged with determining all issues of law pertaining to immigration and respecting the United States of America in various legal matters.

7. Kristi Noem is being sued in her official capacity as the Secretary of the United States Department of Homeland Security, under which USCIS operates. In this role, Ms. Noem is generally charged with enforcement of the Immigration and Naturalization Act, including adjudications of petitions such as Plaintiff's Form I-918 Application for U Nonimmigrant Status which was filed by Plaintiff in 2020. The defendant is further authorized to delegate such powers and authority to subordinate employees of DHS pursuant to 8 U.S.C. § 1103(a) and has, specifically, delegated her authority to adjudicate Form I-918 application to USCIS.

8. Joseph B. Edlow is being sued in his official capacity as Director of USCIS and is the official generally charged with supervisory authority over all operations of the USCIS with certain exceptions not relevant under the facts asserted herein. 8 C.F.R. § 103.1(g)(2)(ii)(B). The USCIS is the agency charged with the duty to adjudicate applications such as the Form I-918 Application for U Nonimmigrant Status filed by Plaintiff in 2020 which is the subject of this Complaint.

9. Defendant Tony Bryson is being sued in his official capacity as District Director of the USCIS offices in Pennsylvania, Delaware, and West Virginia. Pursuant to 8 C.F.R. § 310.2, Mr. Bryson has been delegated authority to control all USCIS activities within the Philadelphia District.

10. Defendant Carrie McCuin Selby is being sued in her official capacity as Associate Director of the Vermont Service Center.

11. Defendant Connie Nolan is being sued in her official capacity as Associate Director of the Service Center Operations Directorate (SCOPS).

## FACTUAL BACKGROUND

12. Plaintiffs, on October 29, 2020, filed with the U.S. Citizenship and Immigration Services an application pursuant to 8 U.S.C. Section 8 C.F.R. § 214.14 Petition for U Nonimmigrant Status (Form I-918). On October 30, 2020, USCIS issued a Receipt Notice **See Exhibit "A".**

13. On November 28, 2020, U.S. Citizenship and Immigration Services issued a Biometrics Appointment Notice which the Plaintiffs complied to the requirement. Please **See Exhibit "B".**

14. Since the Biometrics Appointment U.S. Citizenship and Immigration Services have not provided any other update.

15. On Chapter 5 of the Policy Manual of U.S. Citizenship and Immigration Services states that "During the BFD process, USCIS first determines whether a pending petition is bona fide. Second, USCIS, in its discretion, determines whether the petitioner poses a risk to national security or public safety, and otherwise merits a favorable exercise of discretion".

16. Plaintiffs has never been arrested or committed any crimes whatsoever. Unlike many other situations, there has been absolutely nothing that would stop the USCIS from being able to make its adjudication regarding the Bona fide Determination.

17. As described by USCIS "'Bona fide generally means "made in good faith; without fraud or deceit.'". Plaintiffs has been compliant with the United States law enforcement and with the requirements stated on (INA) § 101(a)(15)(U).

18. Plaintiffs have the right to have their application considered Bona Fide. The unreasonable delay by the government has been affecting Plaintiffs' ability to receive a Work Authorization.

19. In addition, accordingly with U.S. Citizenship and Immigration Services, the processing time for a I-918 Petition for U Nonimmigrant Status is 27 Months for 80% of cases at Service Center Operations **See Exhibit "C"**.

20. At this moment, Plaintiffs have accumulated over 62 months, corresponding to 229.6% of the normal 80% cases processing time.

21. It is understood by counsel that the limit on the number of U visas that may be granted to principal petitioners each year is 10,000. However, there is no reasoning for the delay on the bona fide determination.

22. Notwithstanding the fact that the applications were properly filed, monies paid, and Biometrics have been captured, no decision has been made. Plaintiffs have a right to some type of action on their petition, which is a non-discretionary duty on the part of the government. Under Safadi vs. Howard, 466 F.Supp. 2d. 696, 699-700 (E.D. Va 2006), the court defines the word "action". The court observed that there are no statutory limitations on the government's discretionary authority over the adjustment of status process. However, the court states that it would find jurisdiction if the government refused all together to process an application or where

the delay was so unreasonable as to be tantamount to a refusal to process the application. We understand, under the Third Circuit, Pinho vs. Gonzales, 432 F.3d 193, 204 (3rd Circuit 2005), held that courts may review an agency non-discretionary eligibility determination made within an otherwise discretionary decision over which the court lacks jurisdiction.

23. No other remedy is available to Plaintiff at this time to compel the Defendants to complete the adjudication of their I-918 application.

24. Mr. Vinaykumar Kantibhai Patel (Alien Registration Number A215-981-117) has been suffering significant trauma caused by the crime occurred on 11/25/2019, **See Exhibit "D".**

25. The inertia regarding this application has been adding anxiety to Mr. Patel and incapacitating the Plaintiff to receive his Work Authorization.

26. Present counsel is not advocating an approval or a denial of the application, simply that the government performs this non-discretionary duty to complete the adjudication. See Haidari vs. Frazier, 06-3215, 2006 U.S. Dist. Lexis 89177 (D.Minn Dec. 8, 2006). See also Paunescu vs. INS, 76 F.Supp. 2d 896, 901 (N.D. Ill 1999), citing Yu vs. Brown, 36 F.Supp. 2d 922, 931 (D.N.M. 1999), holding that the INS owes Plaintiff and non-discretionary duty to complete processing of Plaintiff's application in a reasonable time.

27. The government argues in multiple cases that APA is not a proper basis for jurisdiction because the statute does not apply to discretionary agency decisions, for example, adjustment of status. However, courts that have considered this issue have found that the APA does not bar jurisdiction because while the agency has discretion to determine the outcome of an application, they do not have discretion concerning unreasonable delay and that the Immigration Service simply does not possess unfettered discretion to regulate aliens to a state of limbo, leaving them

to languish there indefinitely. See Duan vs. Zamberry, 06-1351, 2007 U.S. Dist. Lexis 12697, at 11 W.D. Pa (February 23, 2007).

28. Other individuals who have filed their I-918 applications on or before Plaintiffs' filing have received their decisions.

29. Irreparable injury is being caused to the Plaintiffs due to the fact that no decision has been made in her case for over five (5) years since the I-918 application was submitted.

## PRAYER FOR RELIEF

**WHEREFORE**, on behalf of the Plaintiffs in the action, the undersigned attorney respectfully requests that the court please enter an Order directing Defendants to adjudicate the I-918 application filed by the Plaintiffs.

Respectfully Submitted,

______________________________

FRANK B. LINDNER, ESQUIRE
Lindner & Lindner, P.C.
205 Floral Vale Boulevard
Yardley, PA 19067
215-579-9800

**VERIFICATION**

I, Vinaykumar Kantibhai Patel, do hereby certify that the statements of fact in the attached Petition for Writ of Mandamus and true and correct to the best of my knowledge, information, and belief.

Date: 12\22\25

Vinaykumar Kantibhai Patel

**VERIFICATION**

I. Bhaviniben Vinavkumar Patel. do herebv certifv that the statements of fact in the attached Petition for Writ of Mandamus and true and correct to the best of my knowledge, information. and belief

Date: 12|22|25

B.V. Patel.

Bhaviniben Vinaykumar Patel

**VERIFICATION**

I, Yash Vinaykumar Patel, do hereby certify that the statements of fact in the attached Petition for Writ of Mandamus and true and correct to the best of my knowledge, information, and belief.

Date: 12/22/25

Yash Vinaykumar Patel

## EXHIBIT LIST

**EXHIBIT A:** I-918 Receipt Notice for Plaintiff Vinaykumar Kantibhai Patel (Alien Registration Number A215-981-117)

**EXHIBIT B:** Biometrics Appointment Notice for Plaintiffs

**EXHIBIT C:** USCIS Case Processing Time page (print-out)

**EXHIBIT D:** Psychological Report Regarding Plaintiff Vinaykumar Kantibhai Patel (Alien Registration Number A215-981-117)

# EXHIBIT "A"

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**



| Receipt Number<br>EAC2103050478 | | Case Type<br>I918 - APPLICATION FOR U NONIMMIGRANT STATUS |
|---|---|---|
| Received Date<br>10/29/2020 | Priority Date | Applicant A215 981 117<br>PATEL, VINAYKUMAR KANTIBHAI |
| Notice Date<br>10/30/2020 | Page<br>1 of 2 | Beneficiary A215 981 117<br>PATEL, VINAYKUMAR KANTIBHAI |

VINAYKUMAR KANTIBHAI PATEL
c/o FRANK BILLINGS LINDNER
LINDNER AND LINDNER PC
205 FLORAL VALE BLVD
YARDLEY PA 19067

**Notice Type:** Receipt Notice
Fee Waived

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above.** It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**Contacting the Agency**

If your safe mailing address changes and you do not have an attorney of record or representative on your case you must submit your address change in writing, with your signature, to the Vermont Service Center. Otherwise, you might not receive notice of your action on this case. If any other changes need to be made you also must contact the Vermont Service Center in writing. Please include what changes need to be made and your signature.

If you are an attorney of record and your client has cases filed with us you can contact the VAWA/T/U Customer Service Hotline: 1-802-527-4888.

Vermont Service Center
U.S. Citizenship & Immigration Services
75 Lower Welden Street
Saint Albans, VT 05479-0001

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the **VAWA Hotline 1-802-527-4888** or visit our website at www.uscis.gov

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

**USCIS Contact Center: www.uscis.gov/contactcenter**



# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| Receipt Number | | Case Type |
|---|---|---|
| EAC2103050478 | | I918 - APPLICATION FOR U NONIMMIGRANT STATUS |
| **Received Date** 10/29/2020 | **Priority Date** | **Applicant** A215 981 117 PATEL, VINAYKUMAR KANTIBHAI |
| **Notice Date** 10/30/2020 | **Page** 2 of 2 | **Beneficiary** A215 981 117 PATEL, VINAYKUMAR KANTIBHAI |

example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the Immigration and Nationality Act (INA), the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

**USCIS Contact Center: www.uscis.gov/contactcenter**



# EXHIBIT "B"

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**



| ASC Appointment Notice - APPLICANT COPY | CASE TYPE I918 - APPLICATION FOR U NONIMMIGRANT STATUS | | NOTICE DATE 11/28/2020 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER EAC2103050478 | | USCIS A# A215 981 117 | CODE 5 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER VSC | PAGE 1 of 2 |

VINAYKUMAR KANTIBHAI PATEL
c/o LINDNER AND LINDNER PC
205 FLORAL VALE BLVD
YARDLEY PA 19067



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**
USCIS PHILADELPHIA
10300 Drummond Road Suite 100
Philadelphia PA 19154

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**
**DATE AND TIME OF APPOINTMENT**
12/24/2020
08:00AM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**NOTE:** USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28, C.F.R., Section 16.34.

**NOTE:** If the USCIS ASC is **closed** due to inclement weather or for other unforeseen circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**REQUEST FOR RESCHEDULING**

☐ **Please reschedule my appointment.** Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586

APPLICATION NUMBER
I918 - EAC2103050478



**If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.**

**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**



| ASC Appointment Notice - APPLICANT COPY | CASE TYPE<br>I918A - PETITION FOR U NONIMMIGRANT STATUS | | NOTICE DATE<br>11/28/2020 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>EAC2103050521 | | USCIS A#<br>A215 981 118 | CODE<br>5 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER<br>VSC | PAGE<br>1 of 2 |

BHAVINIBEN VINAYKUMAR PATEL
c/o LINDNER AND LINDNER PC
205 FLORAL VALE BLVD
YARDLEY PA 19067



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**
USCIS PHILADELPHIA
10300 Drummond Road Suite 100
Philadelphia PA 19154

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**
**DATE AND TIME OF APPOINTMENT**
12/24/2020
08:00AM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**NOTE:** USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28, C.F.R., Section 16.34.

**NOTE:** If the USCIS ASC is **closed** due to inclement weather or for other unforeseen circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**REQUEST FOR RESCHEDULING**

☐ **Please reschedule my appointment.** Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586

APPLICATION NUMBER
I918A - EAC2103050521



**If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.**

**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| ASC Appointment Notice | CASE TYPE<br>I918A - PETITION FOR U NONIMMIGRANT STATUS | | NOTICE DATE<br>04/16/2021 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>EAC2103050565 | | USCIS A#<br>A218 031 858 | CODE<br>3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER<br>VSC | PAGE<br>1 of 2 |

YASH VINAYKUMAR PATEL
c/o FRANK BILLINGS LINDNER
LINDNER AND LINDNER PC
205 FLORAL VALE BLVD
YARDLEY PA 19067



**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPOINTMENT MAY NOT BE RESCHEDULED. TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF USCIS DOES NOT RESCHEDULE YOUR APPOINTMENT, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED AND DENIED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS PHILADELPHIA<br>10300 Drummond Road Suite 100<br>Philadelphia PA 19154 | 05/13/2021<br>10:00AM |

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring **all** notices to your first appointment, and
2. **PHOTO IDENTIFICATION.** Your biometrics will not be collected without identification. You must bring a valid government-issued photo identification document. If the name on your identification is different than the name on your ASC notice, bring supporting documentation. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

Only those necessary to assist you with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your appointment if we determine your injuries may interfere with biometrics submission. Please do not visit a USCIS office if you are sick or feel any symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

**NOTE:** If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment. If USCIS reschedules your appointment for any reason, you will receive a new ASC appointment notice.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

**REQUESTS TO RESCHEDULE/SPECIAL HANDLING**

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). **Your request to reschedule must: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling.** If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment. If USCIS does not reschedule your appointment, your application, petition, or request will be considered abandoned and denied.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

APPLICATION NUMBER
I918A- EAC2103050565



**If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.**

# EXHIBIT "C"

Para tener acceso a este sitio en español, presione aquí (./es)

# Case Processing Times

## Alert

USCIS processing times for certain form types may no longer reference a specific service center location (for example, Vermont Service Center). We are in the process of adjusting all processing times for service center-related forms to now list "Service Center Operations (SCOPS)." Service Center Operations has expanded its capability to process casework at multiple locations, at various points in time, based on business needs and staffing requirements. Therefore, listing a specific location is no longer an accurate representation of where a case is processed. ** We are adjusting our case processing time metrics to provide the most accurate and up-to-date information by form type.

While certain form processing times are now listed under Service Center Operations, you may continue to receive correspondence from USCIS listing a specific service center location.

## Select your form, form category, and the office that is processing your case

*Refer to your receipt notice to find your form, category, and office. For more information about case processing times and reading your receipt notice, visit the More Information About Case Processing Times (./more-info) page.*

**Form ***

I-918 | Petition for U Nonimmigrant Status

**Form Category ***

Petition for a noncitizen who is a victim of qualifying criminal activity, and their qualifying family membe

**Field Office or Service Center ***

Service Center Operations (SCOPS)

**Get processing time**

# Processing time for Petition for U Nonimmigrant Status (I-918) at Service Center Operations (SCOPS)




Check your case status (https://egov.uscis.gov/casestatus/landing.do) to track the status of an immigration application, petition, or request.

## Notes

The posted processing time range reflects the time from receipt to issuance of either a bona fide determination notice or a notice that we will consider the petition for waiting list placement. It does not reflect the current processing times from initial receipt to the final issuance of U nonimmigrant status. If you have not already submitted your Form I-765 with your initial Form I-918, Petition for U nonimmigrant status, please file the Form I-765 now, following the guidance on the Form I-918 page. You will not receive employment authorization based on a bona fide determination if you do not file Form I-765.

## What does this processing time mean?

We generally process cases in the order we receive them. This processing time is based on how long it took us to complete 80% of adjudicated cases over the past six months. Each case is unique, and some cases may take longer than others. Processing times should be used as a reference point, not an absolute measure of how long your case will take to be completed.

Learn more about processing times (./more-info).

## When can I ask about my case?

Many routine factors affect how quickly a case may be processed. To facilitate resolution of these factors, we only allow questions for certain cases.

Learn more about the Case Inquiry Date (./more-info).

Enter your receipt date below to find out if you can contact us with questions.

# EXHIBIT “D”

# Craig S. Feinman, D.O.

Family Practice, Board Certified
781 Easton Road
Warrington, Pennsylvania 18976


| | |
|---|---|
| **REPORT ON BEHALF OF:** | Vinay Patel age 44 years, 4 months |
| **DATE OF BIRTH:** | June 1, 1976 |
| **CURRENT ADDRESS:** | 2500 Knights Road<br>Apartment 120-03<br>Bensalem, PA 19020 |
| **DATE OF REPORT:** | Monday, October 13, 2020 |

To Whom It May Concern:

I have been asked to consult with Mr. Vinay Patel for the purpose of evaluating him to determine his current mental condition following a traumatic incident that occurred on November 25, 2019.

I am a fully licensed, board certified physician and currently work as an Urgent Care physician in the state of Pennsylvania. Prior to working in Urgent Care, I had a very active private practice in Bucks County, Pennsylvania where I practiced for over 25 years. I have extensive experience and expertise in diagnosing and treating a wide variety of medical, traumatic, psychiatric and psychological illness. I treat patients with a wide scope of illnesses, both physical and emotional which includes depression, anxiety as well as many patients suffering from post-traumatic stress disorder.

**BACKGROUND INFORMATION:**

I had the opportunity to interview Mr. Vinay Patel on Monday, October 13, 2020. Mr Patel was born in Gujarat, India but moved to Kenya in 1999 and became a citizen of Kenya in approximately 2007. Mr. Patel came to the U.S. in 2009 and has been in the U.S. ever since. Upon arrival in the U.S. originally in Wisconsin, then Chicago, Illinois. He subsequently moved to Bensalem, PA in 2015. Mr. Patel speaks Gujarati and English. He has a good command of the English language and understood all of the questions that were posed to him by me.

Mr. Patel was married in 2003 in India, to Bhavini Patel. They have two children, a son Yash, age 14 and a daughter, Dhruvi, age 11. The Patel's current home is in Bensalem, PA, where they have lived for 5 years now. Mr. Vinay Patel enjoyed excellent health and had no chronic physical or emotional conditions prior to a traumatic incident that occurred on November 25, 2019, which will be detailed later in this report.

**HISTORY OF TRAUMATIC INCIDENT:**

Vinay states that on November 25, 2019, he was in his usual state of excellent physical and emotional health when he was working as he usually does at the Lukoil Service Station located at 1945 Old York Road, Abington, PA 19001. He was initially employed at this Lukoil Service Station in 2015 and was

Craig S. Feinman, D.O.

Family Practice, Board Certified
781 Easton Road
Warrington, Pennsylvania 18976

employed as a cashier. His usual shift at the Lukoil was 11AM to 9PM. He was usually there until closing at 9PM.

Mr. Patel states that on the day of the armed robbery, 11/25/2019 at around 3:30 PM, he was at the checkout counter of the store, when a white male, approximately 5'7" walked into the store and approached the counter. His assailant was wearing a red hooded sweatshirt and had a mask covering his face. His assailant immediately pulled out a silver handgun and pointed it towards Mr. Patel, demanding all of the money in the cash register. There was no one else in the store at the time and his assailant was acting alone inside the gas station. In fear for his life, Mr. Patel handed his assailant the cash from the register. His assailant did not take anything else from the store, turned and left through the front door. Going through his mind at the time was that this man was going to shoot him and kill him, and he immediately thought of wife and children, and what would they do without them. He was trembling all over at the time and simply did as he was told, feeling that if he did not comply with his assailant's demands, that he would be shot and killed.

The armed assailant forced Mr. Patel to empty the cash drawer and then physically snatched the cash from his hand before turning and leaving the store. As soon as the armed robber left the store, Vinay dialed 911 from the store landline and the Abington Police responded immediately to investigate. The police took Mr. Patel in their vehicle to drive around the surrounding neighborhoods to see if he could identify his assailant. He was not able to identify anyone and was then brought back to the store. There was a video surveillance system in place at the time of the robbery which was turned over to the police detective. To date, Mr. Patel does not think his assailant was caught. He continues to work at the Lukoil in Abington and is constantly in fear that the robber will return and harm him.

**CLINICAL EVALUATION:**

Since the incident of 11/25/2019, Mr. Patel states that he has become very anxious and depressed. He states that he continues to fear for his life and is afraid of being robbed again every time he goes to work. He is still working in the same retail environment where customers come into the store all day and now, with the coronavirus pandemic mask rules, he is constantly living in fear when anyone walks into the store with a mask on, never knowing if one of these masked customers is a would-be armed robber or not. This obviously plays a role in his everyday life and he states his depression and anxiety levels are significantly affected due to this. Mr. Patel has significant difficulty sleeping due to nightmares and flashbacks about the incident. He has recurrent graphic and violent nightmares about someone breaking into his apartment at night, shooting him and taking his children and his wife. He constantly wakes up in the middle of the night with difficulty breathing, sweating, trembling and crying. He has awoken with chest pains on occasion. His wife wakes up with him and she tries to comfort him until he falls back to sleep. He usually cannot fall back to sleep and as a result of this, stays up the rest of night. This has happened almost every night since the robbery.

Mr. Patel has seen his Family Physician, Dr. Sandhu in Bensalem for his anxiety and sleep issues. Dr. Sandhu has prescribed both an antidepressant (Lexapro) and an anti-anxiety medication (Xanax) which Vinay took for a couple of weeks. He states that he had significant side effects from both medications and also did not want to become dependent on either of these medications. He also saw a therapist for multiple visits to help him deal with his emotional distress.

Craig S. Feinman, D.O.

Family Practice, Board Certified
781 Easton Road
Warrington, Pennsylvania 18976

**DIAGNOSIS FOR MR. VINAY PATEL:**

To make the clinical diagnosis of Post-Traumatic Stress Disorder (PTSD), there are specific criteria that need to be met in the individual being evaluated. These criteria are found in the DSM-IV, (Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition, by the American Psychiatric Association). These diagnostic criteria for PTSD are stated below and are widely accepted both in the psychiatric as well as in the medical communities as being the standard for making the diagnosis of PTSD. These criteria are as follows:

***DSM-IV Criteria for Posttraumatic Stress Disorder (2015 ICD-10 code F43.1)***

1. **The person has been exposed to a traumatic event in which both of the following were present:**
    - **(1) The person experienced, witnessed, or was confronted with an event or events that involved actual or threatened death or serious injury, or a threat to the physical integrity of self or others.**
    - **(2) The person's response involved intense fear, helplessness, or horror.**
2. **The traumatic event is persistently re-experienced in one (or more) of the following ways:**
    - **(3) Recurrent and intrusive distressing recollections of the event, including images, thoughts, or perceptions.**
    - **(4) Recurrent distressing dreams of the event.**
    - **(5) Acting or feeling as if the traumatic event were recurring (includes a sense of reliving the experience; illusions, hallucinations, and dissociative flashback episodes, including those that occur on awakening or when intoxicated).**
    - **(6) Intense psychological distress at exposure to internal or external cues that symbolize or resemble an aspect of the traumatic event.**
    - **(7) Physiological reactivity on exposure to internal or external cues that symbolize or resemble an aspect of the traumatic event.**
3. **Persistent avoidance of stimuli associated with the trauma and numbing of general responsiveness (not present before the trauma), as indicated by three (or more) of the following:**
    - **(8) Efforts to avoid thoughts, feelings, or conversations associated with the trauma**
    - **(9) Efforts to avoid activities, places, or people that arouse recollections of the trauma**
    - **(10) Inability to recall an important aspect of the trauma**
    - **(11) Markedly diminished interest or participation in significant activities**
    - **(12) Feeling of detachment or estrangement from others**
    - **(13) Restricted range of affect (e.g., unable to have loving feelings)**
    - **(14) Sense of a foreshortened future (e.g., does not expect to have a career, marriage, children, or a normal lifespan)**

Craig S. Feinman, D.O.

Family Practice, Board Certified
781 Easton Road
Warrington, Pennsylvania 18976

4. **Persistent symptoms of increased arousal (not present before the trauma), as indicated by two (or more) of the following:**
    - **(1) Difficulty falling or staying asleep**
    - **(2) Irritability or outbursts of anger**
    - **(3) Difficulty concentrating**
    - **(4) Hypervigilance**
    - **(5) Exaggerated startle response**
5. **Duration of the disturbance (symptoms in Criteria B, C, and D) is more than 1 month.**
6. **The disturbance causes clinically significant distress or impairment in social, occupational, or other important areas of functioning.**

I personally conducted a substantial face to face interview with Mr. Vinay Patel. In addition to my clinical interview, I administered two psychological inventories to Mr. Patel. These inventories are online evaluations consisting of a series of specific questions relating to a traumatic event and can help clinicians such as myself in the diagnosis of Post-Traumatic Stress Disorder (PTSD). All of the diagnostic criteria previously discussed above as being essential in the diagnosis of PTSD are addressed in the questions that were given in the inventories administered. Mr. Patel scored very high on both of these inventories, meeting the criteria and indicating a significant likelihood that he is suffering from PTSD.

During my clinical interview of Mr. Patel, he indicated that he experienced a life-threatening event that caused intense fear, horror, helplessness and lack of control. He can no longer sleep at night. He continues to live this horror on a daily basis. He now flashbacks of the incident and is very afraid if he sees anyone that fits the description if his assailant, especially if they are wearing a face mask and are in his store, he feels like he is reliving his incident and remains in fear for his life. He feels very depressed since the incident and for a few months he pretty much stays at home and does not do much else other than work. Mr. Patel now has frequent graphic, violent recurring dreams of the armed robber pointing a gun at him and he wakes up very scared. In his dreams he is replaying the robbery as well as seeing his wife and children taken by an assailant. He wakes up often in the middle of the night for no apparent reason. He has a lot a difficulty falling back to sleep when this happens. Further details of this patient's fears and PTSD diagnostic criteria are well indicated in his answers to the aforementioned inventories that were administered during his consultation with me.

**SUMMARY AND CONCLUSIONS:**

On November 25, 2019, Mr. Vinay Patel was in his usual excellent state of physical and mental health when he was approached by an armed assailant while working in the Lukoil Service Station in Abington, PA. His assailant pulled a handgun, which was pointed at him while his attacker threatened his life. This incident has had a significant impact on Mr. Patel's daily life and has caused severe and persistent psychological damage and suffering to this unfortunate individual. Within a reasonable degree of medical certainty, it is felt that Mr. Patel's symptoms are consistent with most, if not all of the DSM-4 criteria for the diagnosis of Post-Traumatic Stress Disorder.

Craig S. Feinman, D.O.

Family Practice, Board Certified
781 Easton Road
Warrington, Pennsylvania 18976

Sincerely,

Craig S. Feinman, D.O.
Licensed and Board Certified Physician
Commonwealth of Pennsylvania License # OS-006210-L

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Patel, Vinaykumar Kantibhai; Patel, Bhaviniben Vinaykumar; Patel, Yash Vinaykumar

**(b)** County of Residence of First Listed Plaintiff: Bucks County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Lindner & Lindner, P.C., 205 Floral Vale Blvd. Yardley PA 19067. (215)579-9800

**DEFENDANTS**
Bondi, Pamela - Attorney General of The United States; Noem, Kristi - Secretary of the DHS; Edlow, Joseph B. -

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
5 USC 702 (APA) the Declaratory Judgment Act, 28 USC 2001, Mandamus
Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*:
JUDGE
DOCKET NUMBER

DATE 01/15/26
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Patel, Vinaykumar Kantibhai; Patel, Bhaviniben Vinaykumar; Patel, Yash Vinaykumar

**(b)** County of Residence of First Listed Plaintiff: Bucks County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Lindner & Lindner, P.C., 205 Floral Vale Blvd. Yardley PA 19067. (215)579-9800

**DEFENDANTS**

Bondi, Pamela - Attorney General of The United States; Noem, Kristi - Secretary of the DHS; Edlow, Joseph B. -

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
28 U.S.C. § 1361 (Mandamus); 5 U.S.C. § 706(1) (APA); 28 U.S.C. §§ 2201–2202 (Declaratory Judgment Act)

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*:

JUDGE DOCKET NUMBER

DATE: 01/15/2026

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**

Place of Accident, Incident, or Transaction: Bensalem, PA

***RELATED CASE IF ANY:*** Case Number:__________ Judge:__________

1. Does this case involve property included in an earlier numbered suit? Yes ☐
2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit? Yes ☐
3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit? Yes ☐
4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual? Yes ☐
5. Is this case related to an earlier numbered suit even though none of the above categories apply? If yes, attach an explanation. Yes ☐

I certify that, to the best of my knowledge and belief, the within case ☐ **is** / ☒ **is not** related to any pending or previously terminated action in this court.

**Civil Litigation Categories**

***A. Federal Question Cases:***

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts)
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Wage and Hour Class Action/Collective Action
- ☐ 6. Patent
- ☐ 7. Copyright/Trademark
- ☐ 8. Employment
- ☐ 9. Labor-Management Relations
- ☐ 10. Civil Rights
- ☐ 11. Habeas Corpus
- ☐ 12. Securities Cases
- ☐ 13. Social Security Review Cases
- ☐ 14. Qui Tam Cases
- ☐ 15. Cases Seeking Systemic Relief ***see certification below***
- ☒ 16. All Other Federal Question Cases. *(Please specify)*: Mandamus

***B. Diversity Jurisdiction Cases:***

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify)*:________
- ☐ 7. Products Liability
- ☐ 8. All Other Diversity Cases: *(Please specify)*________

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ **does** / ☒ **does not** have implications beyond the parties before the court and ☐ **does** / ☒ **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☒ Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☐ None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.